UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH,<br><br>                    Petitioner,<br><br>     v.<br><br>STATE OF WASHINGTON,<br><br>                    Respondent. | CASE NO. MC20-80 MJP<br><br>ORDER DENYING PROPOSED PETITION |

This matter comes before the Court on Petitioner's Proposed § 2254 Petition for Habeas Corpus (Dkt. No. 16). Having reviewed the Petition, and all supporting materials, the Court DENIES it.

The Court has imposed a Bar Order on Petitioner, Allah, which requires, among others, the following pre-suit conditions:

(1) Petitioner Allah, also known as Edwin Randal Coston, Allah©, Allah© NFN, and I Power Allah is prohibited from filing any civil action in the Western District of Washington unless the complaint or petition is accompanied by a signed affidavit stating

ORDER DENYING MOTIONS - 1

under penalty of perjury that the complaint contains new allegations not previously litigated. Allah may not proceed in forma pauperis in any § 1983 or Bivens action without a showing that he is in imminent danger of serious bodily injury or death. Any complaint or petition filed by Allah that is not accompanied by a signed affidavit and/or an imminent danger showing will be filed in No. MC20-80-MJP, but no action will be taken on the document and no case will be opened.

(2) Any habeas petition that is not accompanied by the full filing fee or a completed application to proceed in forma pauperis that includes consent to withdraw funds from Allah's prison account on a schedule pursuant to 28 U.S.C. § 1915, will be filed in No. MC20-80-MJP, but no action will be taken on the document and no case will be opened.

(3) Any habeas petition that is accompanied by the full filing fee or a completed application to proceed in forma pauperis will be docketed in No. MC20-80-MJP and reviewed by the Court under the requirements of 28 U.S.C. § 1915(g), who will determine whether the case may proceed.

(4) Any other document that appears to be a civil action and that is accompanied by the full filing fee will be docketed in No. MC20-80-MJP and reviewed by a judge of this court, who will determine whether the case may proceed.

(Bar Order at 2-3 (Dkt. No. 1).)

Petitioner's Petition does not satisfy the Bar Order's requirements or advance any argument as to why the Court should remove the Bar Order. Notably, the Petition does not contain a signed affidavit stating under penalty of perjury that the petition contains new allegations not previously litigated. The Court therefore DENIES the Petition. This case shall remain closed.

1  The clerk is ordered to provide copies of this order to Petitioner and all counsel.

2  Dated September 26, 2023.

*[signature: Marsha J. Pechman]*

Marsha J. Pechman
United States Senior District Judge