UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALLAH,<br><br>                     Petitioner,<br><br>         v.<br><br>STATE OF WASHINGTON,<br><br>                     Respondent. | CASE NO. MC20-80 MJP<br><br>ORDER DENYING PROPOSED COMPLAINT |

This matter comes before the Court on Petitioner's Proposed "Complaint for a Civil Case for Quiet Title." (Dkt. No. 20.) Having reviewed the Complaint, whose body is identical to the proposed complaint Petitioner filed at Docket No. 18, and all supporting materials, the Court DISMISSES it.

The Court has imposed a Bar Order on Petitioner, Allah, which requires, among others, the following pre-suit conditions:

(1) Petitioner Allah, also known as Edwin Randal Coston, Allah©, Allah© NFN, and I Power Allah is prohibited from filing any civil action in the Western District of

ORDER DENYING PROPOSED COMPLAINT - 1

Washington unless the complaint or petition is accompanied by a signed affidavit stating under penalty of perjury that the complaint contains new allegations not previously litigated. Allah may not proceed in forma pauperis in any § 1983 or Bivens action without a showing that he is in imminent danger of serious bodily injury or death. Any complaint or petition filed by Allah that is not accompanied by a signed affidavit and/or an imminent danger showing will be filed in No. MC20-80-MJP, but no action will be taken on the document and no case will be opened.

(2) Any habeas petition that is not accompanied by the full filing fee or a completed application to proceed in forma pauperis that includes consent to withdraw funds from Allah's prison account on a schedule pursuant to 28 U.S.C. § 1915, will be filed in No. MC20-80-MJP, but no action will be taken on the document and no case will be opened.

(3) Any habeas petition that is accompanied by the full filing fee or a completed application to proceed in forma pauperis will be docketed in No. MC20-80-MJP and reviewed by the Court under the requirements of 28 U.S.C. § 1915(g), who will determine whether the case may proceed.

(4) Any other document that appears to be a civil action and that is accompanied by the full filing fee will be docketed in No. MC20-80-MJP and reviewed by a judge of this court, who will determine whether the case may proceed.

(Bar Order at 2-3 (Dkt. No. 1).)

Petitioner's Complaint does not satisfy the Bar Order's requirements or advance any argument as to why the Court should remove the Bar Order. Indeed, the Complaint is a copy of the Complaint Petitioner filed at Docket No. 18, which the Court dismissed. (See Dkt. No. 19.) While the supporting materials with the new proposed Complaint appear changed from the prior

ORDER DENYING PROPOSED COMPLAINT - 2

proposed complaint (Dkt. No. 18), the proposed Complaint itself is identical and it does not to contain a signed affidavit stating under penalty of perjury that the complaint contains new allegations not previously litigated. Nor has Petitioner paid the filing fee. The Court therefore DENIES the Complaint. This case shall remain closed. The Court will strike without a separate order any further filings that present the same complaint that has been filed in Docket Nos. 18 and 20.

The clerk is ordered to provide copies of this order to Petitioner and all counsel.

Dated January 31, 2024.

Marsha J. Pechman
United States Senior District Judge