1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10    ALLAH,                                    CASE NO. MC20-80 MJP

11                          Petitioner,          ORDER ON AFFIDAVIT OF NEW
                                                 ALLEGATIONS
12            v.

13    STATE OF WASHINGTON,

14                          Respondents.

15

16          This matter comes before the Court on Petitioner's Affidavit of New Allegations Not

17   Previously Litigated. (Dkt. No. 26.) The Court has consistently refused to serve the proposed

18   habeas petition that Petitioner has filed. (See Dkt. Nos. 7, 14, 17, 19, 21, 23.) In each denial, the

19   Court has explained that Petitioner faces a bar order, which imposes certain pre-suits conditions,

20   including:

21          (1) Petitioner Allah, also known as Edwin Randal Coston, Allah©, Allah© NFN, and I

22          Power Allah is prohibited from filing any civil action in the Western District of

23          Washington unless the complaint or petition is accompanied by a signed affidavit stating

24

ORDER ON AFFIDAVIT OF NEW ALLEGATIONS - 1

1    under penalty of perjury that the complaint contains new allegations not previously

2    litigated. Allah may not proceed in forma pauperis in any § 1983 or Bivens action

3    without a showing that he is in imminent danger of serious bodily injury or death. Any

4    complaint or petition filed by Allah that is not accompanied by a signed affidavit and/or

5    an imminent danger showing will be filed in No. MC20-80-MJP, but no action will be

6    taken on the document and no case will be opened.

7    (2) Any habeas petition that is not accompanied by the full filing fee or a completed

8    application to proceed in forma pauperis that includes consent to withdraw funds from

9    Allah's prison account on a schedule pursuant to 28 U.S.C. § 1915, will be filed in No.

10   MC20-80-MJP, but no action will be taken on the document and no case will be opened.

11   (3) Any habeas petition that is accompanied by the full filing fee or a completed

12   application to proceed in forma pauperis will be docketed in No. MC20-80-MJP and

13   reviewed by the Court under the requirements of 28 U.S.C. § 1915(g), who will

14   determine whether the case may proceed.

15   (4) Any other document that appears to be a civil action and that is accompanied by the

16   full filing fee will be docketed in No. MC20-80-MJP and reviewed by a judge of this

17   court, who will determine whether the case may proceed.

18   (Bar Order at 2-3 (Dkt. No. 1).)

19         Petitioner has now provided an "Affidavit of New Allegations Not Previously Litigated."

20   (Dkt. No. 26.) The Affidavit does not satisfy the bar order because Petitioner does not state under

21   penalty of perjury that his proposed habeas petition contains allegations not previously litigated.

22   Moreover, the three items listed in the Affidavit also appear to be issues previously raised and

23   which remain subject to the bar order. Accordingly, the Court finds the Affidavit inadequate and

24

that it continues to decline to consider the habeas petition. This matter shall remain CLOSED

and the Court will not consider any further materials filed by Petitioner in this docket.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 29, 2024.

Marsha J. Pechman
United States Senior District Judge

ORDER ON AFFIDAVIT OF NEW ALLEGATIONS - 3