1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
8   WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
9

10   ALLAH,                                    CASE NO. MC20-80 MJP

11                     Petitioner,

ORDER DENYING PROPOSED
12          v.                                 HABEAS PETITIONS

13   STATE OF WASHINGTON,

14                     Respondents.

15

16          This matter comes before the Court on Petitioner's Proposed Demand for Release (Dkt.

17   No. 28) and Proposed Petition for Writ of Habeas Corpus (Dkt. No. 29). The Court has

18   consistently refused to serve the proposed habeas petition that Petitioner has filed. (See Dkt. Nos.

19   7, 14, 17, 19, 21, 23, 27.) In each denial, the Court has explained that Petitioner faces a bar order,

20   which imposes certain pre-suits conditions, including:

21          (1) Petitioner Allah, also known as Edwin Randal Coston, Allah©, Allah© NFN, and I

22          Power Allah is prohibited from filing any civil action in the Western District of

23          Washington unless the complaint or petition is accompanied by a signed affidavit stating

24

under penalty of perjury that the complaint contains new allegations not previously litigated. Allah may not proceed in forma pauperis in any § 1983 or Bivens action without a showing that he is in imminent danger of serious bodily injury or death. Any complaint or petition filed by Allah that is not accompanied by a signed affidavit and/or an imminent danger showing will be filed in No. MC20-80-MJP, but no action will be taken on the document and no case will be opened.

(2) Any habeas petition that is not accompanied by the full filing fee or a completed application to proceed in forma pauperis that includes consent to withdraw funds from Allah's prison account on a schedule pursuant to 28 U.S.C. § 1915, will be filed in No. MC20-80-MJP, but no action will be taken on the document and no case will be opened.

(3) Any habeas petition that is accompanied by the full filing fee or a completed application to proceed in forma pauperis will be docketed in No. MC20-80-MJP and reviewed by the Court under the requirements of 28 U.S.C. § 1915(g), who will determine whether the case may proceed.

(4) Any other document that appears to be a civil action and that is accompanied by the full filing fee will be docketed in No. MC20-80-MJP and reviewed by a judge of this court, who will determine whether the case may proceed.

(Bar Order at 2-3 (Dkt. No. 1).)

Petitioner has not provided any affidavit or declaration with either new filing that satisfies the Bar Order. Petitioner does not state under penalty of perjury that his proposed habeas petitions contain allegations not previously litigated. And the Court's review of the proposed petitions does not identify any new allegations nor previously litigated. Accordingly, the Court finds the Affidavit inadequate and that it continues to decline to consider the habeas

1   petition. This matter shall remain CLOSED and the Court will not consider any further materials

2   filed by Petitioner in this docket.

3          The clerk is ordered to provide copies of this order to all counsel.

4          Dated September 5, 2024.

5

6                                                  Marsha J. Pechman
                                                   United States Senior District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER DENYING PROPOSED HABEAS PETITIONS - 3